# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE, AT KNOXVILLE

| | |
|---|---|
| ROBERT L. GOOD and wife, <br> LAURA A. GOOD, <br><br> Plaintiffs, <br><br> vs. <br><br> JENKINS REALTY, <br> NANCY D. DAVILA, d/b/a JENKINS REALTY, <br> SHARRON JENKINS, d/b/a JENKINS REALTY, <br> KIMBERLY S. YEARWOOD, <br> YVONNE JERNIGAN, <br> PAUL S. ANTCZAK, and <br> SANDRA SAMPLES, f/k/a SANDRA S. ANTCZAK, <br><br> Defendants. | Case No. 3:06-CV-433 <br> Judge Phillips |

## STIPULATION OF DISMISSAL

Pursuant to F. R. Civ. P. 41(a)(1)(ii), come the Plaintiffs, by agreement with all defendants, and stipulate a dismissal of Plaintiffs' action against defendants.

It is further understood and agreed by all parties that this Stipulation of Dismissal dismisses the Plaintiffs' cause of action against all Defendants, with full prejudice, with each party bearing their own discretionary costs and attorney's fees.

**ENTER:**

*Thomas H. Phillips*
**THOMAS W. PHILLIPS**
**United States District Court Judge**